IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| MARSHALL COGMAN, #130734, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CASE NO. 2:04-cv-1245-F |
| | ) | WO |
| WILLIE THOMAS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on March 2, 2005 (Doc. #14), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that the petition for habeas corpus relief is DENIED and this case is DISMISSED with prejudice as time-barred.

DONE this 21st day of April, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE