IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL COGMAN, #130734, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:04-cv-1245-F |
| ) | WO |
| WILLIE THOMAS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and

against the petitioner and that this action is DISMISSED with prejudice as time-barred.

DONE this 21st day of April, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE